UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lisa M. Talyor,

    Plaintiff,

v.                                  Case No. 09-14400

Kafko (US) Corporation, *et al.*,        Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT LEUZZI FOR FAILURE TO EFFECT TIMELY SERVICE

    Plaintiff Lisa M. Taylor ("Plaintiff") filed this action against Kafko (US) Corporation ("Kafko") and Carmine Leuzzi ("Leuzzi") on November 9, 2009.

    As of March 26, 2010, Plaintiff had not served Defendant Leuzzi. On March 26, 2010, this Court issued an order directing Plaintiff to show cause, in writing, by April 5, 2010, why her claims against Leuzzi should not be dismissed for failure to effect timely service. (Docket Entry No. 6). That order warned Plaintiff that "[f]ailure to comply with this order may result in dismissal of this action as to" Leuzzi. (*Id.*). Nevertheless, Plaintiff has neither served Leuzzi nor responded to this Court's Order.

    Accordingly, IT IS ORDERED that Plaintiff's claims against Defendant Leuzzi are hereby DISMISSED WITHOUT PREJUDICE for failure to effect timely service. FED. R. CIV. P. 4(m).

IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: April 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2010, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager